AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Contents of the Google Account more particularly described in Attachment A to the Affidavit of SA Michael Strobl dated May 10, 2023 | ) ) ) ) ) ) ) Case No. 2:23-cr-00433 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A to the affidavit of SA Michael Strobl dated May 10, 2023

located in the _____ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of SA Michael Strobl dated May 10, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | Wire Fraud |
| 18 USC 1028 | Identity Theft |

The application is based on these facts:
See attached affidavit of the affidavit of SA Michael Strobl dated May 10, 2023

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Michael Strobl*
Applicant's signature

SA Michael Strobl
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: 05/10/2023

*Molly H. Cherry*
Judge's signature

City and state: Charleston, South Carolina

The Honorable Molly H. Cherry
Printed name and title